Certificate Number: 00927-PAE-DE-031181938

Bankruptcy Case Number: 13-15230


00927-PAE-DE-031181938

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 14, 2018, at 1:47 o'clock PM EDT, CHARLES A BRANDON completed a course on personal financial management given by internet by 247 Bankruptcy Class, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 14, 2018                        By:    /s/ALEXANDRA M GARCIA for RICHARD A GARC

Name:  RICHARD A GARCIA

Title:   PRESIDENT and INSTRUCTOR