United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                         Case No. 13-15230-amc
Charles A Brandon, Jr                                                          Chapter 13
Brenda Brandon
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: JEGilmore           Page 1 of 3           Date Rcvd: Sep 18, 2018
                            Form ID: 138NEW           Total Noticed: 66

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2018.
```
db/jdb         +Charles A Brandon, Jr,    Brenda Brandon,    606 N. Marshall Street, Apt. A10,
                 Philadelphia, PA 19123-3525
cr             +Capital One N.A.,,    Payment Processing,    P.O. Box 105385,    Atl, GA 30348-5385
13077230       +ARS,    270 West 2nd Avenue,    Escondido, CA 92025-4147
13077226        Accounts Recovery Bureau,    PO Box 6768,    Wyomissing, PA 19610-0768
13077234       +BJ's Card Services,    PO Box 13337,    Philadelphia, PA 19101-3337
13077231       +Bank of America Home Loans,    450 American Street,    Simi Valley, CA 93065-6285
13077232       +Barclays Bank,    PO Box 8803,    WIlmington, DE 19899-8803
13077233       +Beneficial Bank,    530 Walnut Street,    Philadelphia, PA 19106-3624
13077235       +Boscov's,    PO Box 17642,    Baltimore, MD 21297-1642
13187945       +CAPITAL ONE, N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
13077251      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Goodyear Credit Plan,    PO Box 653054,    Dallas, TX 75265-3054)
13077240       +Capital One Mortgage,    PO Box 21887,    Eagan, MN 55121-0887
13291648       +Capital One NA,    P.O. Box 1700,    Baltimore, Maryland 21203
13153713        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13077241       +Central Financial Control,    Box 830913,    Birmingham, AL 35283-0913
13077242       +Chase,    PO Box 15153,    Wilmington, DE 19886-5153
13077244       +Chase/Slate,    PO Box 15153,    Wilmington, DE 19886-5153
13077246       +CitiBank/Radio Shack,    PO Box 6497,    Sioux Falls, SD 57117-6497
13077247       +Comcast Cable,    11400 Northeast Avenue,    Philadelphia, PA 19116-3498
13092375       +Department Stores National Bank/Macy's,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13077248       +Doyle Legal Services,    11 east Market Street, Ste 102,    York, PA 17401-1263
13121115       +FORD MOTOR CREDIT COMPANY, LLC,    ATTN: MARKIND LAW GROUP, PC,
                 102 BROWNING LN, BLDING B, STE 1,    CHERRY HILL, NJ 08003-3195
13077249       +Ford Motor Credit Co.,    PO Box 17948,    Greenville, SC 29606-8948
13077253       +HSBC Card Services,    PO Box 17298,    Baltimore, MD 21297-1298
13077256       +Macy's,    PO Box 689195,    Des Moines, IA 50368-9195
13077257        Maurice & Needleman,    One Penn Center, Ste 935,    1717 JFK Blvd,    Philadelphia, PA 19103
13077258       +Mortgage Electronic Registration Sys.,    PO Box2026,    Flint, MI 48501-2026
13077259       +NCB Management Services,    PO Box 1099,    Langhorne, PA 19047-6099
13077260       +PECO,    PO Box 13439,    Philadelphia, PA 19101-3439
13077261       +PGW,    800 Montgomery Avenue,    Philadelphia, PA 19122-2806
13077262       +Phelan, Hallinan & Schmieg,    1617 JFK Blvd, Ste 1400,    One Penn Center Plaza,
                 Philadelphia, PA 19103-1823
13077263        Recon Ortho Assoc II,    PO Box 757910,    Philadelphia, PA 19175-7910
13077264       #SBG Management Services,    702 North Marshall Street,    Philadelphia, PA 19123-2710
13183622        State Farm Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13077265       +State Farm Bank,    PO Box 23025,    Columbus, GA 31902-3025
13077266        Target National Bank,    PO Box 660170,    Dallas, TX 75266-0170
13077267       +Univ. of Penn. PAH,    PO Box 757435,    Philadelphia, PA 19175-0001
13077271       +Wells Fargo Home Mortgage,    PO Box 10335,    Des Moines, IA 50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Sep 19 2018 02:40:08     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 19 2018 02:39:43     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2018 02:52:04     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 19 2018 02:51:35
                 PRA Receivables Management, LLC,    POB 41067,    NORFOLK, VA 23541-1067
13077227       +E-mail/Text: amscbankruptcy@adt.com Sep 19 2018 02:40:19     ADT Security,    PO Box 371490,
                 Pittsburgh, PA 15250-7490
13077228       +E-mail/Text: roy.buchholz@allianceoneinc.com Sep 19 2018 02:38:31     Alliance One,
                 4850 Street Road, Ste 300,    Trevose, PA 19053-6643
13077229       +E-mail/Text: ally@ebn.phinsolutions.com Sep 19 2018 02:38:31     Ally,    PO Box 380902,
                 Bloomington, MN 55438-0902
13113848       +E-mail/Text: ally@ebn.phinsolutions.com Sep 19 2018 02:38:31     Ally Financial,
                 P.O. Box 130424,    Roseville, MN 55113-0004
13122943        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 19 2018 02:51:44
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Syndicated,
                 Office Systems, Inc.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13191335        E-mail/PDF: rmscedi@recoverycorp.com Sep 19 2018 02:52:07
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o Recovery Management Systems Corp,
                 25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
14106273       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 19 2018 03:03:09
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
```

```
District/off: 0313-2          User: JEGilmore              Page 2 of 3                   Date Rcvd: Sep 18, 2018
                              Form ID: 138NEW             Total Noticed: 66
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13100200       +E-mail/Text: bncmail@w-legal.com Sep 19 2018 02:39:30      CERASTES, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13077237       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 19 2018 02:51:29      Capital One,
                 PO Box 71083,    Charlotte, NC 28272-1083
13118568        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 19 2018 02:52:30
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13651802       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 19 2018 02:52:36      Capital One N. A.,
                 c/o Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
13077250       +E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2018 02:51:33      GE Money Bank,    PO Box 960061,
                 Orlando, FL 32896-0061
13134842        E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 19 2018 02:39:35      Jefferson Capital Systems LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-9617
13077255       +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 19 2018 02:38:37      Kohl’s,    PO Box 2983,
                 Milwaukee, WI 53201-2983
13167594       +E-mail/Text: bncmail@w-legal.com Sep 19 2018 02:39:42      OAK HARBOR CAPITAL VII, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13267789       +E-mail/Text: bncmail@w-legal.com Sep 19 2018 02:39:42      Oak Harbor Capital VII, LLC,
                 c/o Weinstein, Pinson, & Riley, PS,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
13191121        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 19 2018 02:52:37
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13122997        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 19 2018 02:39:18
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg PA 17128-0946
13096291        E-mail/Text: bnc-quantum@quantum3group.com Sep 19 2018 02:38:56
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13084050        E-mail/PDF: rmscedi@recoverycorp.com Sep 19 2018 02:52:37
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13077268       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 19 2018 02:38:29
                 Verizon Wireless,    250 James Street,    Morristown, NJ 07960-6410
13077269       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 19 2018 02:38:30
                 Verizon Wireless Mid Atl,    National Recovery,    PO Box 26055,    Minneapolis, MN 55426-0055
13077272       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 19 2018 02:38:50      WFNNB-King Size,
                 PO Box 659728,    San Antomio, TX 78265-9728
13077270       +E-mail/Text: megan.harper@phila.gov Sep 19 2018 02:40:08      Water Revenue Bureau,
                 1401 JFK Blvd,    Philadelphia, PA 19102-1663
                                                                                              TOTAL: 28

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
cr*            +Capital One N. A.,    c/o Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
cr*            +Oak Harbor Capital VII, LLC,    c/o Weinstein, Pinson, & Riley, PS,
                 2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
13117181*       Ally Financial,    PO Box 130424,    Roseville, MN 55113-0004
13077236*      +Boscov’s,    PO Box 17642,    Baltimore, MD 21297-1642
13077252*     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Home Depot Credit Services,    Processing Center,
                 Des Moines, IA 50364-0500)
13077238*      +Capital One,    PO Box 71083,    Charlotte, NC 28272-1083
13077239*      +Capital One,    PO Box 71083,    Charlotte, NC 28272-1083
13077243*      +Chase,    PO Box 15153,    Wilmington, DE 19886-5153
13077245*      +Chase/Slate,    PO Box 15153,    Wilmington, DE 19886-5153
13077254*      +HSBC Card Services,    PO Box 17298,    Baltimore, MD 21297-1298
                                                                                      TOTALS: 0, * 11, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-2          User: JEGilmore            Page 3 of 3              Date Rcvd: Sep 18, 2018
                              Form ID: 138NEW            Total Noticed: 66
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2018                                      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2018 at the address(es) listed below:

```
          ALEXANDRA T. GARCIA    on behalf of Creditor   Capital One, N.A. ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          ANDREW F GORNALL    on behalf of Creditor   Capital One, N.A. agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          JONATHAN  KRINICK    on behalf of Debtor Charles A Brandon, Jr jkrinick@wwdlaw.com,
           jkrinick@hotmail.com
          JONATHAN  KRINICK    on behalf of Joint Debtor Brenda  Brandon jkrinick@wwdlaw.com,
           jkrinick@hotmail.com
          THOMAS I. PULEO    on behalf of Creditor   Capital One, N.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
          WILLIAM C. MILLER2    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
           ecfemails@ph13trustee.com
                                                                                             TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Charles A Brandon, Jr and Brenda Brandon

        Debtor(s)          Bankruptcy No: 13−15230−amc

                         Chapter: 13

___

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

                                                   For The Court

                                                   Timothy B. McGrath
                                                   Clerk of Court

Dated: 9/18/18