United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 13-15230-amc
Charles A Brandon, Jr                                           Chapter 13
Brenda Brandon
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: JEGilmore           Page 1 of 1           Date Rcvd: Oct 26, 2018
                             Form ID: 195              Total Noticed: 6
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2018.
```
db/jdb       +Charles A Brandon, Jr,    Brenda Brandon,    606 N. Marshall Street, Apt. A10,
               Philadelphia, PA 19123-3525
cr           +Capital One N.A.,,    Payment Processing,    P.O. Box 105385,    Atl, GA 30348-5385
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 27 2018 03:25:48    Capital One N. A.,
               c/o Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
cr            E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2018 03:05:10     GE Capital Retail Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
cr           +E-mail/Text: bncmail@w-legal.com Oct 27 2018 02:58:10     Oak Harbor Capital VII, LLC,
               c/o Weinstein, Pinson, & Riley, PS,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 27 2018 03:04:31
               PRA Receivables Management, LLC,    POB 41067,    NORFOLK, VA 23541-1067
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2018 at the address(es) listed below:
```
              ALEXANDRA T. GARCIA    on behalf of Creditor    Capital One, N.A. ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              ANDREW F GORNALL    on behalf of Creditor    Capital One, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JONATHAN    KRINICK    on behalf of Debtor Charles A Brandon, Jr jkrinick@wwdlaw.com,
               jkrinick@hotmail.com
              JONATHAN    KRINICK    on behalf of Joint Debtor Brenda  Brandon jkrinick@wwdlaw.com,
               jkrinick@hotmail.com
              THOMAS I. PULEO    on behalf of Creditor    Capital One, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,     philaecf@gmail.com
              WILLIAM C. MILLER2    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
                                                                                              TOTAL: 8
```

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                : Chapter 13

Charles A Brandon, Jr and Brenda Brandon                              : Case No. 13−15230−amc
    Debtor(s)

***ORDER***
_____

    AND NOW, this day , October 26, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

    By The Court

    Ashely M. Chan
    Judge , United States Bankruptcy Court

55
Form 195